**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10448 |
| Plaintiff - Appellee, | D.C. No. 4:10-cr-00767-RCC |
| v. | |
| SEBASTIAN OREJEL-GOMEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Sebastian Orejel-Gomez appeals from his guilty-plea conviction for re-entry

after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Orejel-Gomez's counsel has filed a brief stating

there are no grounds for relief, along with a motion to withdraw as counsel of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.  We dismiss in light of the valid appeal waiver.  *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**